IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:14-604-JFA |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| MARK JAMES | ) | |
| _____ | ) | |

This matter is before the court on the defendant's third *pro se* motion for a reduction in his sentence pursuant to the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(A) (ECF No. 3082). The defendant first contends that if he was charged with the same criminal offense today, he would have been offered a 10 to life plea agreement. He claims that he was subjected to an unusually long sentence. He also contends that he erroneously received two enhancements at sentencing.

Before a court may consider a defendant's motion for compassionate release, the defendant must have completed the initial step of requesting that the BOP bring a motion on his or her behalf. The defendant may file a motion with the court: (1) after fully exhausting all administrative rights to appeal; or (2) after the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier. *See United States v. Muhammad*, 16 F.4th 126, 129 (4th Cir. 2021), 18 U.S.C. § 3582(c)(1)(A).

As an initial matter, the government raises the exhaustion rule and states that the defendant does not provide any documentation or proof as to when and if he submitted a request to the Bureau of Prisons. The government inquired with the Warden of FCI

Williamsburg, where the defendant is currently housed, who reported that it has no record of the defendant filing a request. Because the defendant has not exhausted his administrative remedies, the government suggests that the court should deny his motion without prejudice.

As the defendant has failed to provide this court with any proof of his exhaustion, and the government contests that he has exhausted his administrative remedies, the defendant's motion for compassionate release (ECF No. 3082) is denied without prejudice.

IT IS SO ORDERED.

October 30, 2025  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge